168 A.3d 1180

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. L.A.B., DEFENDANT-
PETITIONER, AND E.T.B., SR., DEFENDANT. IN THE MAT-
TER OF THE GUARDIANSHIP OF E.L.B., T.S.B., J.T.B., I.L.B.,
AND M.E.B., MINORS-RESPONDENTS.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1396/1397–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1181

JAMES O. AND VIRGINIA WELCH, THE ROBERT DWYER TRUST
AND S. ALEXANDER AND JESSICA HAVERSTICK, PLAIN-
TIFFS-CROSS-PETITIONERS, v. CHAI CENTER FOR LIVING
JUDAISM, INC. AND HARRY GROSS, DEFENDANTS-CROSS-
RESPONDENTS.

May 19, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–4088/4163–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.